KM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chris Schroeder, | No.   CV-23-02603-PHX-DLR (DMF) |
| Plaintiff, | |
| v. | **ORDER** |
| Brietta's Buttons, et al., | |
| Defendants. | |

Self-represented Plaintiff Chris Schroeder, who is confined in the Fort Worth County Correctional Center, has filed a Complaint (Doc. 1) based on diversity of citizenship, "Sherman Act Issues," and use of trademarks. The Court will dismiss the Complaint and this action.

**I.     Complaint**

Plaintiff names Brietta Buttons, owner "Lori," "Shirt Shop," and "Does" as Defendants in his Complaint and seeks injunctive relief and money damages. Plaintiff claims Defendants committed torts including "theft, interruption of shirt revenue for 12 weeks," and breach of contract for failing to deliver shirts in Michigan, Alabama, Georgia, and Texas. Plaintiff states he is a citizen of Arizona, Defendants are citizens of Michigan, and the amount in controversy is over $75,000.

**II.    Improper Venue**

Title 28 U.S.C. § 1391(b) provides that

A civil action may be brought in—

       (1)    a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located;

       (2)    a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or

       (3)    if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

28 U.S.C. § 1391(b)(1)-(3).

Plaintiff alleges Defendants are citizens of Michigan. Because Defendants do not reside in Arizona and a substantial part of the events or omissions giving rise the claim occurred outside of Arizona, the Court finds venue is not proper in this District. The Court will therefore dismiss without prejudice the Complaint so Plaintiff can file his Complaint in the proper venue.

**IT IS ORDERED:**

(1)    The Complaint (Doc. 1) is **dismissed without prejudice** for improper venue.

(2)    The Clerk of Court must close this case and enter judgment.

Dated this 20th day of February, 2024.

Douglas L. Rayes
United States District Judge